**MOEZ M. KABA**   mkaba@hueston.com   523 West 6th Street
D: 213 788 4543   Suite 400
T: 213 788 4340   Los Angeles, CA 90014
F: 888 775 0898

# HUESTON HENNIGAN LLP

May 11, 2023

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007-1312

Re:   Rodriguez Perez v. Amazon.com, Inc., No. 23-cv-02251 (DLC)

Dear Judge Cote,

I represent Defendant Amazon.com, Inc. in this matter and serve as its principal trial counsel. On March 21, 2023, the Court scheduled an initial pretrial conference for Friday May 26, 2023, at 2:00 p.m. ECF 8. Pursuant to Your Honor's Individual Rule 1.E, Defendant respectfully requests that the Court adjourn the initial pretrial conference to Friday June 9, 2023, at a time convenient to the Court, or to a date after June 9 convenient to the Court. Regrettably, I have scheduling conflicts that require me to be on the West Coast on the evening of May 25.

This is the Defendant's first request for an adjournment of the initial pretrial conference. This adjournment request does not affect any other scheduled dates, namely the briefing schedule for Defendant's anticipated motion to dismiss. *See* ECF 14. Plaintiff's counsel has consented to this request.

In addition, and in advance of any initial pretrial conference, the parties will be holding a Rule 26(f) conference and submitting their report and proposed scheduling order to the Court.

Sincerely,

Moez M. Kaba

cc:   All Counsel via ECF

*[Handwritten annotation by the Court:]* The conference is adjourned to 6/9/23 at 11°° am.

Denise Cote
5/11/23